IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT ALLEN BOLGER,<br><br>Defendant. | Case No. 1:25-MJ-00734 |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Ahmad Fahim Noor Harrif, being duly sworn, depose and state:

1.     I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") in Chantilly, Virginia. I have been employed with ICE for more than five years. I was previously employed as a Police Officer for National Geospatial Intelligence Agency beginning in October 2016. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 and 18 of the United States Code.

2.     My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 and Title 18 of the United States Code.

3. Since October 2024, I have been a Task Force Officer assigned to FBI Joint Terrorism Task Force. In this role I conduct criminal and counterterrorism investigation under Title 18 of United States Code.

4. This affidavit is submitted in support of a criminal complaint and arrest warrant for Scott Allen BOLGER (hereafter referred to as "BOLGER"), for violating 18 U.S.C. § 875(c) (interstate threats) and 18 U.S.C. § 1001(a)(2) (false statements).

5. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

6. On December 23, 2025, a federal employee ("Victim-1") received the following text message from telephone number 301-818-XXXX ("Phone Number 1"): "Step on U Street and get a bullet put between your eyes, loyalist pig skin pussy[.]" Victim-1 was located outside of the state of Virginia when Victim-1 received this text message.

7. The FBI requested an Emergency Disclosure Request from Google for Phone Number 1. Based on returns from Google, a Google Voice account associated with Phone Number 1 had a recovery telephone number 703-944-XXXX ("Phone Number 2"). Based on my training and experience, Google Voice is an online telephone service that allows an individual to call and text message others using a phone number other than the user's primary phone number.

8. Based on information in a law enforcement database, Phone Number 2 is associated with Scott BOLGER and an apartment in McLean, Virginia ("Address 1"). Returns

2

from Google Pay also showed Address 1 (without the specific apartment number) as associated with Phone Number 2.

9. On December 24, 2025, another FBI TFO and I sought to interview BOLGER at Address 1. When the FBI first contacted BOLGER, I introduced myself as a federal law enforcement officer and said that we were investigating an incident involving Scott Bolger. In response, BOLGER identified himself as "Brian Black" and said he did not know Scott Bolger. BOLGER denied that anyone named Scott Bolger lived at Address 1.

10. After confirming with an employee of the apartment building that BOLGER lived in Address 1, the other FBI TFO and I, along with members of Fairfax County Police Department ("FCPD"), returned to Adress 1 and knocked on the door of Address 1. The individual who first identified himself as "Brian Black" came out of the apartment and admitted that he was, in fact, Scott Allen BOLGER.

11. BOLGER agreed to be interviewed by the investigating officers, at which point he was frisked for weapons and led to a conference room in the leasing office of the apartment complex. During the voluntary interview, BOLGER confirmed his true name as Scott Allen Bolger and that he lives at Address 1.

12. BOLGER admitted that he searched for Victim-1's phone number online. BOLGER then explained that he called Victim-1 to confirm the phone number he found was Victim-1's phone number. BOLGER hung up when Victim-1 answered the phone.

13. BOLGER then admitted to sending the text message described in Paragraph 6 to Victim-1 using a Google Voice account associated with Phone Number 2.

## CONCLUSION

17. Based on the foregoing, I submit that there is probable cause to believe that on or about December 23, 2025, in McLean, Virginia, within the Eastern District of Virginia, Scott

3

Allen BOLGER, violated 18 U.S.C. § 875(c) by sending a threat to injure Victim-1 through interstate commerce. Further, based on the foregoing, I submit that there is probable cause to believe that on or about December 24, 2025, in McLean, Virginia, within the Eastern District of Virginia, Scott Allen BOLGER, violated 18 U.S.C. § 1001(a)(2) by knowingly and willfully providing a materially false statement to a matter within the jurisdiction of the Executive branch of the United States government.

Respectfully submitted,

*Ahmad Fahim Noor Harrif*
Ahmad Fahim Noor Harrif
Task Force Officer
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 26, 2025.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.12.26 18:25:46 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia

4