# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO.   1:25-MJ-00734 |
| | : | |
| **SCOTT ALLEN BOLGER** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEAL

The Defendant, Scott Allen Bolger, hereby notes his appeal pursuant to 18 U.S.C. § 3145(c) and Federal Rule of Appellate Procedure 9(a) to the United States Court of Appeals for the Fourth Circuit from the Order denying Defendant's Motion to Revoke Detention Order (Dkt. No. 23) entered in this Court on April 7, 2026.

Dated: January 16, 2026

                                                                     Respectfully Submitted,
                                                                     Scott Allen Bolger
                                                                     By Counsel

**ELSAYED LAW PLLC**

BY: __/s/_____
    Muhammad Elsayed
    Virginia Bar No. 86151
    3955 Chain Bridge Road, Floor 2
    Fairfax, Virginia 22030
    (703) 884-2636
    (703) 884-2637 (fax)
    me@elsayedlaw.com