IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:26-CR-8 |
| v. | Count 1: 18 U.S.C. § 875(c) <br> (Threats over Interstate Communications) |
| SCOTT ALLEN BOLGER, | |
| Defendant. | |

### INDICTMENT

January 2026 Term — at Alexandria

THE GRAND JURY CHARGES THAT:

1. On or about December 23, 2025, in the Eastern District of Virginia and elsewhere, the defendant, SCOTT ALLEN BOLGER, did knowingly transmit, in interstate and foreign commerce, a communication containing a threat to injure or harm the person of another (hereinafter Victim-1), that is, a text message to Victim-1's cell phone reading: "step on U street and get a bullet put between your eyes, loyalist pig skin pussy."

(All in violation of Title 18, United States Code, Section 875(c).)

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

By: _____
Jacob A. Mercer
Special Assistant United States Attorney
Russell Carlberg
Assistant United States Attorney