JS 45 (01/2008)

**REDACTED**

| | |
|---|---|
| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**   Under Seal: Yes ___ No X   Judge Assigned: AJT
City   McLean   Superseding Indictment ___   Criminal Number: 1:26-CR-8
County/Parish ___   Same Defendant   X   New Defendant ___
Magistrate Judge Case Number   1:25-MJ-734   Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___
Related Case Name and No: ___

Defendant Information:
Juvenile -- Yes ___ No X   FBI # ___
Defendant Name: Scott Allen BOLGER   Alias Name(s) ___
Address: McLean, VA 22102
Employment: ___
Birth date 1992   SS# ___   Sex M Def Race ___   Nationality ___   Place of Birth ___
Height 5'10"   Weight 145   Hair Brown   Eyes Brown   Scars/Tattoos ___
Interpreter: X No ___ Yes List language and/or dialect: ___   Automobile Description ___

Location Status:
Arrest Date   12/26/2025
X  Already in Federal Custody as of   12/26/2025   in   Alexandria ADC
___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:
Name:   Muhammad Elsayed   ___ Court Appointed   Counsel conflicted out: ___
Address: 3955 Chain Bridge Rd., Ste Floor 2, Fairfax, VA 22030   X Retained
Telephone: 703-884-2636   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

U.S. Attorney Information:
SAUSA Jacob A. Mercer
AUSA   Russell L. Carlberg   Telephone No:   703-299-3700   Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:
FBI Task Force Officer Ahmad Harrif

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 875(c) | Threats over Interstate Communications | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:   01/15/2026   Signature of SAUSA:   /s/ Jacob A. Mercer