


**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandira Division

UNITED STATES OF AMERICA

v.

SCOTT ALLEN BOLGER,

Defendant.

Case No. 1:26-CR-8

STATEMENT OF FACTS

The United States and the defendant, SCOTT ALLEN BOLGER (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or around December 23, 2025, in the Eastern District of Virginia, the defendant sent, in interstate commerce, a text message through a Google Voice account to Richard "Ric" Grenell ("Victim-1") which stated, "step on U street and get a bullet put between your eyes, loyalist pig skin pussy."

2. At some point in time, prior to sending the above text message to Victim-1 on December 23, 2025, the defendant conducted research online to obtain Victim-1's personal phone number. Sometime thereafter, the defendant called Victim-1's phone number and made contact with Victim-1 prior to hanging up.

3. The defendant used a Google Voice account registered to a fictious email to send the December 23, 2025 text message to Victim-1 to obfuscate his identity and avoid detection.

4. On or around December 24, 2025, when agents with the Federal Bureau of Investigation approached the defendant, and while the agents were investigating the threatening message, the defendant did provide the agents with a false name and falsely claimed to not know



SAB

anyone by the name of "Scott Bolger." Shortly after, the defendant was confronted by the agents and admitted he was Scott Bolger.

5. Following the interview on December 24, 2025, and after federal agents told the defendant about an ongoing federal investigation into the threats, the defendant deleted the Google Voice application and message and a virtual note in the defendant's phone that contained Victim-1's private contact information.

6. The defendant knew and intended that the December 23, 2025 text message to Victim 1, described above, would be perceived as a true threat by the recipient.

7. On or around December 2022, the defendant did create multiple fictitious accounts on platforms such as X, formerly Twitter, and Proton Mail to send harassing communications to an identified former girlfriend "Victim-2."

8. Through at least October 2023, the defendant used these fictitious accounts to harass Victim-2 and send threatening messages.

9. The defendant also used these fictious accounts to send Victim-2 indecent images of Victim-2 and created at least one public facing account which displayed at least one indecent image of Victim-2.

10. The defendant researched Victim-2 through at least November 2025.

11. The defendant was within the Eastern District of Virginia when he made each of the threatening or harassing communications described herein.

12. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.



SAB

13. The actions of the defendant, as recounted above and in the Indictment, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

Date:

By: ______________________________
Jacob A. Mercer
Special Assistant United States Attorney
Russell Carlberg
Assistant United States Attorney



SAB

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, SCOTT ALLEN BOLGER, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

SCOTT ALLEN BOLGER

I am Muhammad Elsayed, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Muhammad Elsayed, Esq.
Attorney for SCOTT ALLEN BOLGER



SAB